CHARLES W. FAWCETT, ISB #1349
cfawcett@skinnerfawcett.com
SKINNER FAWCETT
Attorneys at Law
515 South Sixth Street
P.O. Box 700
Boise, ID  83701-0700
Telephone: (208) 345-2663
Fax:  (208) 345-2668
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| RAYMOND CHACE, an Individual, )<br>  )<br>   Plaintiff, )<br>v. )<br>  )<br>AMSHER COLLECTION SERVICES, INC., an )<br>Idaho Corporation, )<br>  )<br>   Defendant. )<br>  ) | Case No. ___1:08-cv-252_____<br><br>NOTICE OF REMOVAL |

    Please take notice that Defendant AMSHER COLLECTION SERVICES, INC. hereby removes this action from the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada to the United States District Court for the District of Idaho.

    1.    Defendant is a party in a civil action brought against it in the District Court for the Fourth Judicial District for the State of Idaho in and for the County of Ada entitled: "RAYMOND CHACE, an Individual, Plaintiff v. AMSHER COLLECTION SERVICES, INC., an Idaho Corporation, Defendant, No. CV OC 0809483."  A copy of the summons and complaint in that action are attached to this notice and constitute all process, pleadings, and orders served on Defendant in that action up to the present date.

NOTICE OF REMOVAL - PAGE 1 -

2. The state court action was commenced when the complaint was filed with the county clerk for Ada County, Idaho on May 20, 2008. A copy of the summons and complaint was served on May 20, 2008. Defendant has filed only a Notice of Appearance in the state court, a copy of which is attached. This notice of removal is filed within 30 days after service of process.

3. This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.

4. This notice is signed pursuant to FRCP 11.

Dated: June 16, 2008.

SKINNER FAWCETT

_____/s/_____
Charles W. Fawcett
Attorneys for Defendant

PATRICIA G YOUNG

Raymond Chace
1302 N. Main Street
Meridian, ID 83642
(208) 884-5437
Plaintiff Appearing Pro Per

MAY 2 0 2008

J. DAVID NAVARRO, Clerk
By KATHY J. BIEHL
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

RAYMOND CHACE, An Individual )
                                                  )
            Plaintiff,       )
                                                  )
            v.                    )
                                                  )
AMSHER COLLECTION SERVICES, )
INC., An Idaho Corporation )
                                                  )
           Defendant.    )

Case No. CV OC 0809483

SUMMONS

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE NAMED PLAINTIFF, THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN TWENTY (20) DAYS. READ THE INFORMATION BELOW:**

TO:    **AMSHER COLLECTION SERVICES, INC.**

      YOU ARE HEREBY NOTIFIED that in order to defend this lawsuit, an appropriate written response must be filed with the above designated court within twenty (20) days after service of this Summons upon you. If you fail to so respond, the court may enter judgment against you as demanded by the Plaintiff in the complaint.

SUMMONS, Page 1

A copy of the Complaint is served with this Summons. If you wish to seek the advice of, or representation by, an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in a timely manner and your other legal rights are protected or preserved.

An appropriate written response is required in compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure, and shall also include:

1. The title and number of this case.
2. If your response is an Answer to the Complaint, it must contain admissions and denials of the separate allegations of the complaint and other defenses that you may claim.
3. Your signature, mailing address and telephone number, or the name, signature, mailing address and telephone number of your attorney.
4. Proof of mailing or delivery of a copy of your response to the Plaintiff as designated herein above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above named court.

DATED this _20_ day of _May_, 2008.

CLERK OF THE DISTRICT COURT
DAVID NAVARRO
KATHY DIEHL
By: _____
Deputy Clerk

SUMMONS, Page 2

Jun. 6. 2008  3:00PM    TRAVELERS   651-310-7911                     No. 4831   P. 20/29
06-06-'08 14:19 FROM-                3132635                       T-148  P020/029 F-981

Raymond Chace
1302 N. Main Street
Meridian, ID 83642
(208) 884-5437
Plaintiff Appearing Pro Per

NO. _____
A.M. _____ FILED P.M. _____
MAY 2 0 2008
J. DAVID NAVARRO, Clerk
By KATHY J. BIEHL
DEPUTY

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

RAYMOND CHACE, An Individual       )
                                   )   Case No. CV OC 0809483
            Plaintiff,             )
                                   )
    v.                             )   **COMPLAINT**
                                   )
AMSHER COLLECTION SERVICES,        )
INC., An Idaho Corporation         )
                                   )
            Defendant.             )

COMES NOW, the Plaintiff, appearing propria persona, and for cause of action, complain and allege as follows:

## JURISDICTION
## (ADA COUNTY)

### I.

Plaintiff, RAYMOND CHACE, an individual, is, and at all times mentioned herein, residing in Ada County, Idaho.

### II.

Defendant, AMSHER COLLECTION SERVICES, INC., an Idaho Corporation, is, and at all times mentioned herein, a licensed debt collection business registered at the Secretary of State Office located at 1401 Shoreline Drive Suite 2, city of Boise in Ada County.

### III.

That the herein dispute between the Plaintiff and Defendant is under the jurisdiction of Ada County.

COMPLAINT, Page 1

## CAUSE OF ACTION
## (BREACH OF FEDERAL COLLECTION LAW STATUTES)

### IV.

That, on or about March 2008, Plaintiff discovered Defendant had received placement of an alleged outstanding debt from a third party.

### V.

That, on or about March 27, 2008, pursuant to the 30 day federal collection law, Plaintiff contacted Defendant by mail that said alleged outstanding debt was entered into collections by error and / or dispute with the third party as discussed in a concurrent telephone call with Defendant. The letter by the Plaintiff demanded accounting by the third party, quoted specific Public Law to the Defendant, and ordered them to cease and desist collection efforts.

### VI.

That, on or about 4 April 2008, Plaintiff received two separate recorded telephone calls from Defendant's agent ignoring and mocking said dispute letter.

### VII.

That, on or about 4 April 2008, in the two separate recorded telephone calls from Defendant's agent ignoring and mocking said dispute letter, agent further threatened ruination of credit, overtly declined to cease collection activity, and went on a 15 minute span of general harassment directed to the Plaintiff.

### VIII.

That, Plaintiff immediately documented the recorded telephone calls and mailed a demand letter "for payment resultant from breaches of [Defendant's continued] collection activity."

### IX.

That, on or about 10 April 2008, Defendant initiated more collection activity by a telephone call to Plaintiff. Defendant indicated that calls would continue in violation of federal statute, and contrary to Plaintiff's written order to cease and desist..

COMPLAINT, Page 2

## X.

That, on or about 17 April 2008, Defendant initiated more collection activity by a telephone call to Plaintiff.

## XI.

That, the Defendant failed to complete the demand setforth in accordance with Public Law by producing validation, and continues collection activity.

## XII.

That, as a result of the breach by continuing their collection activities, Plaintiff has incurred statutory damages in the amount of $1,000 for each violation of law in the total amount of $5,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant:

1. As and for the Defendant's Breach of Public Law, damages in the amount of $5,000.

2. For Plaintiff's costs and fees incurred herein.

3. For other and further relief as the Court deems just and proper in the premises.

DATED this 14 day of May, 2008.

RAYMOND CHACE, Plaintiff

COMPLAINT, Page 3

FILED
JUN 1 2 2008
J. DAVID NAVARRO, Clerk
By L. AMES
DEPUTY

CHARLES W. FAWCETT
SKINNER FAWCETT
Attorneys at Law
515 South Sixth Street
P.O. Box 700
Boise, ID 83701-0700
Telephone: (208) 345-2663
Fax: (208) 345-2668

State Bar No. 1349

Attorneys for Defendant

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| RAYMOND CHACE, an Individual, | Case No. CV OC 0809483 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| AMSHER COLLECTION SERVICES, INC., an Idaho Corporation, | FEE CATEGORY: I.1(A)<br>FEE: $58.00 |
| Defendant. | |

TO: RAYMOND CHACE, above named Plaintiff:.

PLEASE TAKE NOTICE that CHARLES W. FAWCETT, of the law firm of Skinner Fawcett does hereby enter an appearance on behalf of Defendant AMSHER COLLECTION SERVICES, INC. All future pleadings, correspondence, and other documents relating to this matter should be forwarded to Charles W. Fawcett of the law firm of Skinner Fawcett, as attorneys for said Defendant, at the above-referenced address.



NOTICE OF APPEARANCE - PAGE 1 -

DATED this 12th day of June, 2008.

**SKINNER FAWCETT**

_____
Charles W. Fawcett, of the Firm
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of JUNE, 2008, I caused a true and correct copy of the foregoing document to be forwarded, by the method indicated below, to the following person(s):

| | |
|---|---|
| Raymond Chace<br>1302 N. Main St.<br>Meridian, ID 83642 | ____ Hand delivery<br>_X_ U.S. Mail<br>____ Facsimile: _____ |

_____
Charles W. Fawcett