Raymond Chace                                                                  Hon. B. Lynn Winmill
1302 N. Main St.
Meridian, ID 83642

Phone: (208) 884-5437

Pro Se Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| RAYMOND CHACE, | Case No.: 1:08-cv-00252-BLW |
|---|---|
| Plaintiff, | MOTION AND STIPULATION FOR DISMISSAL |
| vs. | |
| AMSHER COLLECTION SERVICES, INC., Defendants. | |

### I. MOTION

Plaintiff, requests that the court dismiss with prejudice the claims against defendant pursuant to FRCP 41(a). The parties have settled the case in its entirety, including costs and attorney fees. This motion is based on the files and records herein.

Dated   15 July 2008

s/ Raymond Chace<br>
Raymond Chace, Pro Se Plaintiff

PAGE 1.        MOTION AND STIPULATION FOR DISMISSAL

II.  STIPULATION

Plaintiff and Defendant stipulate to Dismissal of the above lawsuit.

Dated   15 July 2008

                                            s/ Raymond Chace, Pro Se Plaintiff
                                            Raymond Chace, Pro Se Plaintiff

Dated   7-28-08

                                            DAVENPORT & HASSON, LLP

                                            s/ Jeffrey I. Hasson
                                            Jeffrey I. Hasson (Pro Hac Vice)

                                            *Attorney for Defendant*

PAGE 2.         MOTION AND STIPULATION FOR DISMISSAL