UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| RAYMOND CHACE, | Case No.: 1:08-cv-00252-EJL |
|---|---|
| Plaintiff, | JUDGMENT OF DISMISSAL |
| vs. | |
| AMSHER COLLECTION SERVICES, INC., Defendants. | |

Based on the stipulation of the plaintiff and defendant (Docket No. 12), by and through their attorney, now, therefore,

It Is Hereby ORDERED AND ADJUDGED that the within entitled matter is dismissed with prejudice and without costs or attorney's fees.

DATED: **July 30, 2008**

Honorable Edward J. Lodge
U. S. District Judge